Certificate Number: 00301-MD-CC-026128368



00301-MD-CC-026128368

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 31, 2015</u>, at <u>11:16</u> o'clock <u>AM EDT</u>, <u>STANFORD V WOMACK</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>August 31, 2015</u>          By:     <u>/s/Samantha Alicea</u>

                                      Name:   <u>Samantha Alicea</u>

                                      Title:  <u>Certified Bankruptcy Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00301-MD-CC-026128369



00301-MD-CC-026128369

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 31, 2015</u>, at <u>11:16</u> o'clock <u>AM EDT</u>, <u>SHIRLEY WOMACK</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>August 31, 2015</u>   By:   <u>/s/Samantha Alicea</u>

Name:   <u>Samantha Alicea</u>

Title:   <u>Certified Bankruptcy Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).