Signed: September 18, 2015
SO ORDERED
RESPONSE DOCUMENTS ARE TO BE FILED ON OR BEFORE OCTOBER 9, 2015.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   15–22401 – NVA     Chapter:   13**

| | |
|---|---|
| Stanford Womack | Shirley Womack |
| 21 Siloppana Road | 21 Silopanna Road |
| Annapolis, MD 21401–1108 | Annapolis, MD 21403–1108 |

## NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND/OR CHAPTER 13 PLAN, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
### (for individual debtor(s))

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file **the Statement of Financial Affairs, Schedules, and Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income** is extended to the date designated above; and it is further

ORDERED, that when they are filed, the Debtor(s) shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of **the Statement of Financial Affairs, Schedules, Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income**; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Robert W. Thompson
      Chapter 13 Trustee – Ellen W. Cosby

## End of Order

22.3 – *smckenna*