United States Bankruptcy Court
District of Maryland

In re:                                                                Case No. 15-22401-NVA
Stanford Womack                                                       Chapter 7
Shirley Womack
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1          User: bbalthrop          Page 1 of 2          Date Rcvd: Jun 13, 2016
                              Form ID: 318             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2016.
```
db/db        +Stanford Womack,   Shirley Womack,   21 Siloppana Road,   Annapolis, MD 21403-1108
tr           +George W. Liebmann,   Liebmann & Shively, P.A.,   8 W Hamilton Street,
              Baltimore, MD 21201-5008
cr           +Gayle Ann Skeete,   1467 Chesapeake Avenue,   Annapolis, MD 21403-4663
cr           +Ocwen Loan Servicing LLC,   C/O McCabe, Weisberg & Conway, LLC,
              312 Marshall Avenue, Suite 800,   Laurel, MD 20707-4808
cr           +Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid, P.L,,   6409 Congress Ave.,,
              Suite 100,   Boca Raton, FL 33487-2853
29380780      Alpha Plumbing,   8813 Fort Smallwood Rd,   Pasadena, MD 21122-2313
29380781      Anne Arundel County,   Office of Finance,   PO Box 17003,   Baltimore, MD 21297-1003
29380981     +Anne Arundel County, Maryland,   Office of Law,   2660 Riva Road, 4th Floor,
              Annapolis, MD 21401-7055
29380785      Cedulie R. Laumann, Esq.,   1028 Generals Hwy Ste 100,   Crownsville, MD 21032-1459
29380787      Citibank Home Depot,   PO Box 722929,   Houston, TX 77272-2929
29380788      Comprtroller of the Treasury,   State of Maryland,   80 Calvert St,   Annapolis, MD 21401-1907
29380983     +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
29380789      Delmarva Collections,   PO Box 37,   Salisbury, MD 21803-0037
29380790      Digestiive Discorders,   9001 Edmonston Rd Ste 20,   Greenbelt, MD 20770-4074
29380792      Gayle A. Skeete,   1469 Chesapeake Ave,   Annapolis, MD 21403-4663
29380793      Glasser and Glasser,   Crown Center,,   580 E Main St Ste 600,   Norfolk, VA 23510-2322
29380795      JSV Lawn Service,   9962 Forest View Pl,   Montgomery Village, MD 20886-1106
29432379     +Jeffrey S Vogt DBA JSV Lawn Care Service,   9962 Forest View Place,
              Montgomery Village, MD 20886-1106
29380798      Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
29418271     +Mobile Mini, Inc.,   4646 E. Van Buren St. #400,   Phoeniz, AZ 85008-6927
29380800      OLD NAVY,   120 Corporate Blvd,   Norfolk, VA 23502-4962
29380802      Southland Insulatores,   7501 Resource Ct,   Baltimore, MD 21226-1763
29380982     +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225
29380804      Western Cary Building Products,   901 Park 100 Dr Ste 200,   Glen Burnie, MD 21061
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
29380782      EDI: BANKAMER.COM Jun 13 2016 19:53:00      Bank of America,   PO Box 982238,
              El Paso, TX 79998-2238
29380783      EDI: CAPITALONE.COM Jun 13 2016 19:53:00      Capital One Bank,   PO Box 30281,
              Salt Lake City, UT 84130-0281
29406005      EDI: CAPITALONE.COM Jun 13 2016 19:53:00      Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC 28272-1083
29463113      EDI: BL-BECKET.COM Jun 13 2016 19:53:00      Capital One, N.A.,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
29380784      E-mail/Text: bankruptcy@cavps.com Jun 13 2016 20:04:11      Cavalry Portfolio Serv,
              PO Box 27288,   Tempe, AZ 85285-7288
29477010     +E-mail/Text: bankruptcy@cavps.com Jun 13 2016 20:04:12      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
29380786      EDI: CHASE.COM Jun 13 2016 19:53:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
29380791      EDI: AMINFOFP.COM Jun 13 2016 19:53:00      FST Premier,   3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
29380794      EDI: IRS.COM Jun 13 2016 19:53:00      Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
29380796      EDI: CBSKOHLS.COM Jun 13 2016 19:53:00      Kolhs,   N56 W 170000 Ridgewood Dr,
              Menomonee Falls, WI 53051
29380797      EDI: MERRICKBANK.COM Jun 13 2016 19:53:00      Merrick Bank,   PO Box 9201,
              Old Bethpage, NY 11804-9001
29380803     +E-mail/Text: bankruptcydepartment@tsico.com Jun 13 2016 20:04:36      Transsworld Sys Inc.,
              507 Purdendial Rd,   Horsham, PA 19044-2308
                                                                             TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +George W. Liebmann,   Liebmann & Shively, P.A.,   8 W Hamilton Street,
              Baltimore, MD 21201-5008
29410467*    +Alpha Plumbing Limited Inc,   8813 Fort Smallwood Rd,   Pasadena, MD 21122-2313
29594314*    +Anne Arundel County, Maryland,   Office of Law,   2660 Riva Road, 4th Floor,
              Annapolis, MD 21401-7055
29594316*    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
29594315*    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225
```

```
District/off: 0416-1          User: bbalthrop          Page 2 of 2              Date Rcvd: Jun 13, 2016
                              Form ID: 318             Total Noticed: 36

29380799       ##Mobile Mini Inc.,   7420 S Kyrene Rd Ste 101,   Tempe, AZ  85283-4610
29380801       ##Portfolio Recovery,   287 Independence Blvd,   Virginia Beach, VA  23462-2962
                                                                          TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2016 at the address(es) listed below:
              George W. Liebmann   Gliebmann@lspa.comcastbiz.net,   oshively@lspa.comcastbiz.net,
               MD25@ecfcbis.com,stifft@lspa.comcastbiz.net
              Jonathan Gladstone   gladstonelaw@yahoo.com
              Kyle J. Moulding   bankruptcymd@mwc-law.com
              Robert W. Thompson   50bob@msn.com,  rwt01754@yahoo.com,G8996@notify.cincompass.com
                                                                          TOTAL: 4
```

Entered: June 13, 2016
Signed:  June 13, 2016

## SO ORDERED



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stanford Womack** | Social Security number or ITIN  **xxx–xx–9077** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Shirley Womack** | Social Security number or ITIN  **xxx–xx–0355** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:  **15–22401 NVA**    Chapter:  **7**

## Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stanford Womack
dba Womack Construction

Shirley Womack
dba Womack Construction

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---