IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| STANFORD WOMACK | * | Case No. 15-22401-NVA |
| SHIRLEY WOMACK | * | |
| | * | (Chapter 7) |
| Debtor(s) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

TRUSTEE'S FINAL APPLICATION
FOR APPROVAL OF ATTORNEYS' FEES

George W. Liebmann, Trustee in Bankruptcy of Stanford Womack and Shirley Womack, by his undersigned attorney, Orbie R. Shively, pursuant to 11 U.S.C. Section 330 and Federal Rule of Bankruptcy Procedure 2016, applies for approval of final compensation of the trustee's attorney in this case for legal services rendered to and for the benefit of the estate and in support thereof says:

1. The debtors commenced this bankruptcy case by the filing on October 5, 2016 of a joint voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. George W. Liebmann is the duly qualified, appointed and acting Chapter 7 Trustee in this case. Orbie R. Shively and the firm of Liebmann & Shively, P.A. serve as the trustee's attorney pursuant to this Court's Order Approving Employment of Attorney entered May 26, 2016 (Pl.72).

3. This application is made pursuant to Section 503(b) and is the first and final such application. Therefore, no orders have previously been entered approving compensation.

4. The legal services rendered for the benefit of the bankruptcy estate consist of 5.5 hr. by

1

George W. Liebmann at the 2016 reduced rate of $400/hr., having a value of $2,200.00 (5.5 hr. x

$400/hr. = $2,200.00); and 1.1 hr. devoted by Orbie R. Shively at his 2017 billing rate of

$420/hr., having a value of $462.00 (1.1 hr. x $420/hr. = $462.00). These services therefore have

a total value of $2,662.00, summarized as follows:

Summary

| | | | |
|---|---|---|---|
| GWL 20l6 | 5.5 hr. x $400/hr. = $2,200.00 | Blended hourly rate = $403.33/hr. |
| ORS 2017 | 1.1 hr. x $420/hr. = $ 462.00 | ($2,662.00 divided by 6.6 hr.) |
| | 6.6 hr.     $2,662.00 | |

5. The Trustee has applied billing judgment to the application, applying a reduced rate for

2016 and excluding some time that qualified as attorney time, including excluding 2.2 hours of

the time of George W. Liebmann and 3.0 hours of the time of Orbie R. Shively, and applying a

$823.00 courtesy reduction. At least another hour will be devoted to administerial matters prior

to the close of the case.

6. The services were devoted to a derivative contract claim of a wholly owned entity and

collection thereof, and other services per Exhibit. A: Time Detail In Support of Application For

Approval of Attorneys' Fees.

7. The applicant is familiar with and has submitted the application in conformity with the

"Compensation Guidelines for Trustees and Other Professionals in the United States Bankruptcy

Court for the District of Maryland" and with the "Guidelines For Reviewing Applications For

Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. Section 330" (the latter

prepared by the Executive Office for the United States Trustees).

8. The Trustee's expenses will be claimed as part of the final report and so are not

separately claimed herein.

9. The application conforms to the "lodestar" test for the following reasons:

(a) the time and labor expended is summarized in the annexed detail of time spent;

(b) the work done was of average degree of difficulty in a Chapter 7 case;

(c) experience and skill were necessary to identify and expeditiously pursue the claim collected upon;

(d) the conduct of the meetings preempts a significant part of the Trustee's schedule, precluding certain other engagements;

(e) the fee rates claimed are in line with those prevalent for lawyers with similar qualifications and experience;

(f) compensation was contingent upon the Trustee's ability to recover on this claim;

(g) the amounts obtained are a significant multiple of the compensation applied for;

(h) there is no ongoing relationship between the Trustee and the debtor;

(i) the amount claimed is in line with compensation in similar cases in this district;

(j) the Trustee has applied billing judgment to this application applying a reduced rate for 2016 and excluding some time that qualified as attorney time, specifically excluding from it 2.2 hours devoted by him and 3.0 hours devoted by his partner, Orbie R. Shively. At least another hour will be devoted to administerial matters prior to the close of the case.

10. The Trustee has been given an opportunity to review the requested fees and expenses and has approved the amounts requested.

11. No agreement or understanding exists for the sharing of compensation received or to

be received by him in this case.

12. As to the financial condition of this case, the Trustee has filed contemporaneously herewith a proposed final report to the U.S. Trustee for its review.

WHEREFORE, George W. Liebmann, Trustee, prays that he and his firm of Liebmann & Shively, P.A. be awarded attorneys' fees in the amount of $2,662,00.

*/s/ Orbie R. Shively*
Orbie R. Shively (Fed. Bar #04461)
George W. Liebmann (Fed. Bar #01112)
Liebmann & Shively, P.A.
8 West Hamilton Street
Baltimore, MD 21201
(410) 752-5887/Attorney for Trustee

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| STANFORD WOMACK | * | Case No. 15-22401-NVA |
| SHIRLEY WOMACK | * | |
| Debtor(s) | * | (Chapter 7) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

EXHIBIT A: TIME DETAIL IN SUPPORT OF TRUSTEE'S FINAL
APPLICATION FOR APPROVAL OF ATTORNEYS' FEES (1 of 2)

George W. Liebmann, 2016 (@ $400/hr. - reduced rate).

| | | |
|---|---|---|
| 4/11/16 | 0.3 hr. | first meeting of creditors - excluded |
| 4/12/16 | 0.5 hr. | review documents - excluded |
| 4/12/16 | 0.5 hr. | research records re: Womack Construction |
| 4/12/16 | 0.5 hr. | drafting of corporate resolution re: Womack Construction |
| 4/12/16 | 2.0 hr. | issue of contract and amount due from Severn Savings Bank |
| 4/12/16 | 0.5 hr. | demand letter Severn Savings Bank |
| 4/19/16 | 0.5 hr. | prep. appl. employ and bar date letter |
| 4/19/16 | 1.5 hr. | follow up demand ltr. Severn Savings Bank, tcs Severn |
| 4/20/16 | 0.5 hr. | re: Severn Savings Bank |
| 4/26/16 | 0.4 hr. | banking - excluded |
| 2016 | 0.5 hr. | responses to creditor inquiries - excluded |
| | 6.8 hr. | |
| Less: | 2.2 hr. | redlined-excluded |
| | 5.5 hr. x $400/hr. = $2,200.00 | |

Orbie R. Shively, 2016 @ $400/hr.

| | | |
|---|---|---|
| 4/14/16 | 0.6 hr. | review schedules and documents - excluded |
| | 0.6 hr. | |
| Less: | 0.6 hr. | redlined-excluded |
| | -0- | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| STANFORD WOMACK | * | Case No. 15-22401-NVA |
| SHIRLEY WOMACK | * | |
| Debtor(s) | * | (Chapter 7) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

EXHIBIT A: TIME DETAIL IN SUPPORT OF TRUSTEE'S FINAL
<u>APPLICATION FOR APPROVAL OF ATTORNEYS' FEES (2 of 2)</u>

<u>Orbie R. Shively, 2017 @ $420/hr.</u>

| | | |
|---|---|---|
| 4/26/17 | 1.1 hr. prep. application attorney's fees | |
| 4/2717 | <u>2.4 hr.</u> prep. final report, etc. - excluded | |
| | 3.5 hr. | |
| Less: | <u>2.4 hr.</u> redlined-excluded | |
| | 1.1 hr. x $420/hr. = $462.00 | |

<u>Summary</u>

| | | |
|---|---|---|
| GWL 20l6 | 5.5 hr. x $400/hr. = $2,200.00 | Blended hourly rate = $403.33/hr. |
| ORS 2017 | <u>1.1 hr.</u> x $420/hr. = <u>$   462.00</u> | |
| | 6.6 hr.       $2,662.00 | |

6