

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

IN RE:
**WOMACK, STANFORD**
**WOMACK, SHIRLEY**

Case No. 15-22401 NVA

Chapter 7

**Debtor(s)**

## ORDER APPROVING COMPENSATION

Before the court for consideration are the following applications for compensation and expenses (the "Applications") filed hereby by:

| Applicant | Compensation | Expenses |
|---|---|---|
| LIEBMANN & SHIVELY, P.A. (Trustee) | 2,250.57 | |
| LIEBMANN & SHIVELY, P.A. (Trustee's Firm Legal) | 2,662.00 | |
| LIEBMANN & SHIVELY, P.A. (Trustee) | | 94.83 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

cc:
Orbie R. Shively, Esq.
Liebmann & Shively, P.A.
8 West Hamilton Street
Baltimore, MD 21201

U.S. TRUSTEE
Garmatz Federal Courthouse
101 W. Lombard St., Rm. 2625
Baltimore, MD 21201

**END OF ORDER**